UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRONWORKS PATENTS, LLC, | |
| Plaintiff, | Civil Action No. 1:17-cv-11083-IT |
| v. | |
| SOUNDHOUND, INC., | JURY TRIAL DEMANDED |
| Defendants. | |

### Notice of Dismissal

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff Ironworks Patents LLC ("Ironworks")

hereby dismisses this action, without prejudice. The defendant has not served an answer

or motion for summary judgment in this action.

September 15, 2017                    Respectfully submitted,

By: /s/ Alison Aubry Richards
Alison Aubry Richards
Massachusetts Bar No. 657298
arichards@giplg.com
Global IP Law Group, LLC
55 W. Monroe St., Ste. 3400
Chicago, Illinois 60603
Phone:  312.241.1500

*Attorney for Plaintiff,*
*Ironworks Patents, LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that SoundHound's counsel below were served by email on

September 15, 2017:

>Michelle A. Clark
>Quinn Emanuel Urquhart & Sullivan, LLP
>50 California Street, 22nd Floor
>San Francisco, CA 94111
>415-875-6340 Direct
>415.875.6600 Main Office Number
>michelleclark@quinnemanuel.com

>_/s/ Alison Aubry Richards_